Case 2:25-cv-06079-JDW  Document 16  Filed 12/

**King, wade: House of King**, Sui Juris
**Lewis-King, crystal**: Sui Juris
c/o 101 E. Baltimore Pike, #1519
Media, Pennsylvania [19063]
484-981-6308 or 484-981-6437

**United States District Court**
**Eastern District of Pennsylvan**

| | |
|---|---|
| **Wade King,** sui juris <br> **Carol Lewis-King,** sui juris <br><br> **Defendants / Appellants** <br><br> VS. <br><br> **Residence Inn Great Valley** <br> (a fictitious name used to conceal real parties in interest), <br><br> **Plaintiffs/Appellee** | CASE N<br><br>Defe<br><br>NOT<br><br>• Civil Righ<br>• Constitut<br>• Violation<br>• Fraud &<br><br>SPE |

To: Said Court and all interested parties known and unknown:

## NOTICE OF APPEAL

Due to Violations of Constitutional Rights; Civil Rights an

Notice is hereby given that **Defendants Wade: King,** Sui Juris a living

**Juris a living woman,** in the above captioned case, hereby appeal to the U

for the Third Circuit from the Order of this Court entered on Nove

Joshua D. Wolson, United States District Judge which remanded this action